UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

        Plaintiff,                      Case No. 1:11-cv-703

v.                                          HON. JANET T. NEFF

TIM COMMAND et al.,

        Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed January 10, 2012 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 30) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that this matter is REMANDED to state court for the reasons stated in the Report and Recommendation.


Dated: January 30, 2012                              /s/Janet T. Neff
                                                    JANET T. NEFF
                                                    UNITED STATES DISTRICT JUDGE